SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Tomas Mendoza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TOMAS MENDOZA,<br><br>    Defendant. | No. CR-S-13-00095 JAM<br><br>MEMORANDUM CONTINUING HEARING ON TSR VIOLATION<br><br>Date:   April 12, 2022<br>Time:   9:00 a.m.<br>Judge:  Honorable Judge John A. Mendez |

    The United States of America through its undersigned counsel, ALSTYN BENNETT, Assistant United States Attorney, together with counsel for defendant TOMAS MENDOZA, Shari Rusk, Esq., hereby agree to the following:

  1. By previous order, this matter was set for hearing on March 8, 2022.

  2. The parties agree to continue the hearing until April 12, 2022, at 9:30 a.m., so the defense can obtain and review a transcript of Mr. Mendoza's state court plea hearing.

Dated:  March 4, 2022                          /s/ Shari Rusk
                                                   SHARI RUSK
                                                   Attorney for Defendant
                                                   Tomas Mendoza

                                              /s/ Alystn Bennett_____
                                              Alstyn Bennett
                                              Assistant United States Attorney

cc: Wendy Reyes, USPO

**ORDER**

    IT IS SO ORDERED.

Dated: March 7, 2022                               /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      UNITED STATES DISTRICT COURT JUDGE