PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>TOMAS MENDOZA,<br><br>                              Defendant. | CASE NO.  2:13-CR-00095-JAM<br><br>STIPULATION REGARDING CONTINUING DISPOSITIONAL HEARING; ORDER<br><br>DATE: April 12, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for an admit/deny hearing on April 12, 2022.

2.     On April 8, 2022, counsel for the defendant requested discovery from the Probation Officer and further requested a continuance to review the discovery and discuss possible resolutions with her client.

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER                                        1

1    3.    By this stipulation, the parties now move to continue the hearing to May 10, 2022, at 9:30

2    a.m.

3    IT IS SO STIPULATED.

4

5    Dated:  April 8, 2022                                    PHILLIP A. TALBERT

6                                                             United States Attorney

7                                                             /s/ ALSTYN BENNETT

8                                                             ALSTYN BENNETT
                                                             Assistant United States Attorney

9

10   Dated:  April 8, 2022                                   /s/ SHARI RUSK

11                                                            SHARI RUSK
                                                             Counsel for Defendant

12                                                            TOMAS MENDOZA

13

14                              **FINDINGS AND ORDER**

15          IT IS SO FOUND AND ORDERED this 11th day of April, 2022.

16

17                                                            /s/ John A. Mendez

18                                                            THE HONORABLE JOHN A. MENDEZ
                                                             UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28