PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>TOMAS MENDOZA,<br><br>                              Defendant. | CASE NO. 2:13-CR-00095-JAM<br><br>STIPULATION REGARDING CONTINUING DISPOSITIONAL HEARING; ORDER<br><br>DATE: April 12, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

        1.        By previous order, this matter was set for an admit/deny hearing on April 12, 2022.

        2.        On April 8, 2022, counsel for the defendant requested discovery from the Probation Officer and further requested a continuance to review the discovery and discuss possible resolutions with her client.

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER                    1

1      3.      By this stipulation, the parties now move to continue the hearing to May 10, 2022, at 9:30

2   a.m.

3   IT IS SO STIPULATED.

4

5   Dated:  April 8, 2022                          PHILLIP A. TALBERT
                                                    United States Attorney
6

7                                                  /s/ ALSTYN BENNETT
                                                   ALSTYN BENNETT
8                                                  Assistant United States Attorney

9

10  Dated:  April 8, 2022                          /s/ SHARI RUSK

11                                                 SHARI RUSK
                                                   Counsel for Defendant
12                                                 TOMAS MENDOZA

13

14                              **FINDINGS AND ORDER**

15          IT IS SO FOUND AND ORDERED this 11th day of April, 2022.

16

17                                                 /s/ John A. Mendez

18                                                 THE HONORABLE JOHN A. MENDEZ
                                                   UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28