**From:** Derman, Stacie [DA] <Stacie.Derman@sjcda.org> **Sent:** Tuesday, May 10, 2022 3:25 PM **To:** Lisa Gara <lgaragsi@comcast.net> **Cc:** Casey, Caitlin [DA] <Caitlin.Casey@sjcda.org> **Subject:** RE: Tomas Mendoza

Good Afternoon Ms. Gara,

I was able to review the transcript that you attached and had the file of Mr. Mendoza pulled for me.

Other than my notes regarding the case itself, the only notation relevant to your inquiry was "Feds not interested in proceeding on this case, keeping it here.  No violations."

I did not notate who I spoke to or when.  I'm very sorry.  We call out there on cases like this and I was probably just sent over to a AUSA, since I wouldn't have someone I specifically asked to speak to.

Sorry that I can't be more help.


*Stacie Derman*

Deputy District Attorney
San Joaquin County
Gang Violence Suppression Unit
202 E. Weber Avenue, Room 202
Stockton, CA  95202
Main Office (209) 468-2400
Direct Ext.   (209) 468-2448


*The information contained in this electronic message may be confidential and may be subject to the attorney work product doctrine. It is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any use, dissemination or copying of this communication is strictly prohibited. If you have received this electronic message in error, please delete the original message from your e-mail system. Thank you.*

**From:** Lisa Gara <lgaragsi@comcast.net> **Sent:** Monday, May 9, 2022 3:39 PM**To:** Derman, Stacie [DA] <Stacie.Derman@sjcda.org>**Cc:** sha