SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
P.O. Box 188945
Sacramento, CA. 95818
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Tomas Mendoza

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TOMAS MENDOZA,<br><br>　　　　Defendant. | No. CR-S-13-00095 JAM<br><br>STIPULATION AND PROPOSED ORDER TO ADVANCE DISPOSITIONAL HEARING<br><br>Date:　July 12, 2022<br>Time:　9:30 a.m.<br>Judge:　Honorable Judge John A. Mendez |

　　　Counsel for defendant TOMAS MENDOZA, Shari Rusk, Esq., together with he United States of America through its undersigned counsel, Assistant United States Attorney, ALSTYN BENNETT, hereby agree to the following:

　　1. By previous order, this matter was set for hearing on July 12, 2022.

　　2. On May 31, counsel for defendant notified counsel for the government that she believed Mendoza had served enough time to place him over the low end of the guidelines range and requested an earlier date for disposition. The parties conferred with the Probation Officer and agreed upon a new date of June 21, 2022 for disposition.

/////

1

3. By this stipulation, the parties now move to advance the hearing to June 21, 2022, at 9:30 a.m.

Dated: June 6, 2022

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
Tomas Mendoza

/s/ Alystn Bennett
Alstyn Bennett
Assistant United States Attorney

cc: Wendy Reyes, USPO

**ORDER**

It is so found and ordered this 6th day of June, 2022.

Dated: June 6, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE