UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| --- |
| June 21, 2022 |
| CLERK, US DSITRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TOMAS MENDOZA

        Defendant.

Case No.  2:13-CR-00095-JAM

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>TOMAS MENDOZA</u> – Case No.: <u>2:13-CR-00095-JAM</u>; Charge: <u>18 U.S.C. § 3606</u> – from custody for the following reasons:

      _____ Release on Personal Recognizance

      _____ Bail Posted in the Sum of $ _____

      _____ Unsecured Appearance Bond $ _____

      _____ Appearance Bond with 10% Deposit

      ___X___ (Other): <u>Defendant sentenced to a term of imprisonment of TIME SERVED.</u>

Issued at Sacramento, California on 6/21/2022 at 10:25 AM.

By: _____

John A. Mendez, U.S. District Court Judge